

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00801-CR

Helder Jesus Lopez **CRISTOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10362W
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 19, 2018.

_____
Sandee Bryan Marion, Chief Justice